# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | | |
|---|---|---|
| WILLIAM DUN, Individually and as the PERSONAL REPRESENTATIVE OF THE ESTATE OF IRMADEL DUN, IRENE DUN, SHERYL DUN, PAT RUGGIERI, and DORA MENGEL,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, F/K/A MONUMENTAL LIFE INSURANCE COMPANY, F/K/A PEOPLES BENEFIT LIFE INSURANCE COMPANY,  and DOES I-V,<br><br>Defendant. | * * * * * * * * * * * * * * * * * | No. CV-16-23-BU-BMM<br><br><br><br>**ORDER** |

Pursuant to the Unopposed Motion to Hold Preliminary Pretrial Conference by Conference Call (Doc. 14), **IT IS HEREBY ORDERED** that the preliminary pretrial conference set for February 16, 2017, at 1:30 p.m. in Great Falls, MT, shall be held by telephone. The Court will contact the parties with the call-in information.

DATED this 9th day of February, 2017.

_____
Brian Morris
United States District Court Judge