IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DUNN, et al.,<br><br>            Plaintiffs,<br>vs.<br><br>TRANSAMERICA PREMIER INSURANCE COMPANY, et al.,<br><br>            Defendants. | CV-16-23-BU-BMM<br><br>**ORDER** |

      Defendants have moved for an order allowing Markham R. Leventhal, Esq. and Shaunda Patterson-Strachan, Esq. to appear *pro hac vice* in this case with Marshal L. Mickelson, Esq. of Corette Black Carlson & Mickelson, Butte, Montana, designated as local counsel.  The applications of Mr. Leventhal and Ms. Patterson-Strachan appear to be in compliance with L.R. 83.1(d).

      IT IS ORDERED:

      Defendants's motions to allow to appear Mr. Leventhal and Ms. Patterson-Strachan on their behalf (Docs. 38 and 39) are GRANTED, subject to the following conditions:

      1.     Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

    2.    Only one attorney appearing *pro hac vice* may act as co-lead counsel;

    3.    Mr. Leventhal and Ms. Patterson-Strachan must each do his or her own work. Each must do his or her own writing, sign his or her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

    4.    Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

    5.    Admission is personal to Mr. Leventhal and Ms. Patterson-Strachan; it is not an admission of the Carlton Fields Jorden Burt law firm.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his or her admission under the terms set forth above.

DATED this 17th day of October, 2017.

_____
Brian Morris
United States District Court Judge