# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| WILLIAM DUN, Individually and as the PERSONAL REPRESENTATIVE OF THE ESTATE OF IRMADEL DUN, IRENE DUN, SHERYL DUN, PAT RUGGIERI, and DORA MENGEL, and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, F/K/A MONUMENTAL LIFE INSURANCE COMPANY, F/K/A PEOPLES BENEFIT LIFE INSURANCE COMPANY, FINANCIAL PLANNING SERVICES, INC., BUENA SOMBRA INSURANCE AGENCY, INC., AMPAC INSURANCE AGENCY, INC., AEGON DIRECT MARKETING SERVICES, INC., AND DOES V – XI,<br><br>        Defendants. | CV-16-23-BU-BMM<br><br>**ORDER AMENDING JUNE 19, 2018, ORDER** |

    This matter having come before the court pursuant to the unopposed motion of defendants to amend and clarify the court's June 19, 2018, Order and the court having reviewed the joint motion and having found that good cause exists for the relief sought, IT IS HEREBY ORDERED as follows:

    The court's Order of June 19, 2018, (Doc. 54) is hereby amended as follows:

1.	Paragraph 3 of the Order is replaced and amended to read: Defendants Financial Planning Services, Inc. (FPS) and Aegon Direct Marketing Services, Inc. (ADMS) shall file a motion to dismiss for lack of personal jurisdiction with supporting brief on or before September 3, 2018.

2.	Paragraph 5 of the Order is replaced and amended to read:  The court will conduct a hearing on defendants' motion to dismiss for lack of personal jurisdiction at 1:30 p.m. on October 4, 2018, at the Mike Mansfield Federal Courthouse in Butte, Montana.

All other provisions of the June 19, 2018, Order shall remain unchanged.

DATED this 15th day of August, 2018.

_____
Brian Morris
United States District Court Judge